1
2
3
4
5
6

7                    UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9
10

11  CARLOS DAMIAN,                ) Case No. CV 08-8515-SJO(RC)
                                  )
12              Petitioner,       ) ORDER ADOPTING REPORT AND
                                  ) RECOMMENDATION OF UNITED STATES
13  vs.                           ) MAGISTRATE JUDGE
                                  )
14  M. MARTEL, ET AL.,            )
                                  )
15              Respondents.      )
    _____)
16

17      Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

18  petition and other papers along with the attached Report and

19  Recommendation of United States Magistrate Judge Rosalyn M. Chapman,

20  as well as petitioner's objections, and has made a de novo

21  determination.

22

23      IT IS ORDERED that (1) the Report and Recommendation is approved

24  and adopted; (2) the Report and Recommendation is adopted as the

25  findings of fact and conclusions of law herein; and (3) the petition

26  is determined to be untimely, and Judgment shall be entered

27  accordingly.

28  //

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2  Order, the Magistrate Judge's Report and Recommendation and Judgment
3  by the United States mail on petitioner.
4
5  DATED:    __June 18, 2009           /s/ S. James Otero
6
7                                      _____
                                                S. JAMES OTERO
                                       UNITED STATES DISTRICT JUDGE
8
9  R&R\08-8515.ado
   5/28/09

2