UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS DAMIAN, | ) | Case No. CV 08-8515-SJO(RC) |
| Petitioner, | ) ) | |
| vs. | ) ) | JUDGMENT |
| M. MARTEL, ET AL., | ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus and action are dismissed as untimely.

DATE: June 18, 2009

/s/ S. James Otero

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

R&R\08-8515.jud
5/28/09